UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | 1:19-cr-00237-KOB-SCG-1 |
| | ] | |
| SHAWNDREKO EUGENE CARTER, | ] | |
| Defendant. | ] | |

## MEMORANDUM OPINION

This matter comes before the court on the magistrate judge's report and recommendation (doc. 24) that the court deny Defendant Shawndreko Eugene Carter's amended motion to suppress (doc. 16). Mr. Carter filed objections. (Doc. 25).

In his objections, Mr. Carter does not argue that the magistrate judge's report contained any factual errors or relied on improper law. Instead, he disagrees with the magistrate judge's weighing of the evidence and ultimate legal conclusion based on that evidence. Because Mr. Carter's objections do not support rejecting the magistrate judge's recommendation, the court OVERRULES all those objections. (Doc. 25).

The court considered the entire record in this case de novo, including the report and recommendation, the transcript of the suppression hearing, specifically the video recording of Mr. Carter's interview with Agent Norred, all filings in

1

support of and in response to the amended motion to suppress, and Mr. Carter's objections. The court finds that it should ACCEPT the magistrate judge's report and ADOPT her recommendation to DENY the amended motion to suppress.

The court will enter a separate Order doing so.

**DONE** and **ORDERED** this 21st day of October, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE